IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARIVIC ALDAYA (f/k/a Marivic Amistoso), on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ENCORE CAPITAL GROUP, INC., MIDLAND FUNDING, LLC, and MIDLAND CREDIT MANAGEMENT, INC.,<br><br>Defendants. | CIVIL NO. 15-00284 SOM-RLP<br><br>**CERTIFICATE OF COMPLIANCE** |

## **CERTIFICATE OF COMPLIANCE**

In accordance with Rule 7.5(b) of the Local Rules of Practice for the United District Court for the District of Hawaiʻi, I hereby certify that the foregoing Defendants' Reply Memorandum in Support of their Motion for Judgment on the Pleadings, filed on January 4, 2017 is proportionately spaced, has a typeface of 14 points in Times New Roman and contains 4430 words, which includes headings, footnotes, and quotations.

353889.2/62449

DATED:  Honolulu, Hawai'i, February 13, 2017.

/s/ DAVID J. MINKIN
DAVID J. MINKIN
JESSICA M. WAN
JORDAN K. INAFUKU
PAGE C. K. OGATA

Attorneys for Defendants
ENCORE CAPITAL GROUP, INC.,
MIDLAND FUNDING, LLC, and
MIDLAND CREDIT MANAGEMENT, INC.

353889.2