IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARIVIC ALDAYA (f/k/a Marivic Amistoso), on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ENCORE CAPITAL GROUP, INC., MIDLAND FUNDING, LLC, and MIDLAND CREDIT MANAGEMENT, INC.,<br><br>Defendants. | CIVIL NO. 15-00284 SOM-RLP<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on the date noted below, a true and correct copy of the foregoing document was duly served upon the following parties by the method of service indicated below at their last known address:

*Electronically via CM/ECF*

JUSTIN A. BRACKETT, ESQ.          *debtdisputetn@gmail.com*
1888 Kalakaua Avenue, Suite C-312
Honolulu, Hawai'i 96815

*– and –*

353889.2

JANET R. VARNELL, ESQ. *(Pro Hac Vice)*   jvarnell@varnellandwarwick.com
DAVID LIETZ, ESQ. *(Pro Hac Vice)*   dlietz@varnellandwarwick.com
Varnell & Warwick, P.A.
P.O. Box 1870
Lady Lake, Florida 32158

Attorneys for Plaintiff
MARIVIC ALDAYA
(f/k/a Marivic Amistoso), on behalf of
herself and all others similarly situated


DATED:  Honolulu, Hawai'i, February 13, 2017.

/s/ DAVID J. MINKIN
DAVID J. MINKIN
JESSICA M. WAN
JORDAN K. INAFUKU
PAGE C. K. OGATA

Attorneys for Defendants
ENCORE CAPITAL GROUP, INC.,
MIDLAND FUNDING, LLC, and
MIDLAND CREDIT MANAGEMENT, INC.